UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMANTHA PONDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-cv-01152 |
| COMMISSIONER OF SOCIAL SECURITY, | ) CHIEF JUDGE CRENSHAW |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court affirm the final decision of the Commissioner. (Doc. No. 24) No timely objections have been filed. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 20) is **DENIED**. The final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE